IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MISTI ORR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:08-CV-1592-K |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## <u>OF THE UNITED STATES MAGISTRATE JUDGE</u>

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, *Plaintiff's Motion for Summary Judgment*, filed on March 3, 2009, is **GRANTED**; *Commissioner's Motion for Summary Judgment*, filed May 15, 2009, is **DENIED**; and the final decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.

SIGNED this 27th day of July, 2009.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE